### HOLLINGSHEAD ag$^t$ MOULDER

Richard Hollingshead plaint. ag$^t$ Nicholas Moulder Defend$^t$ in
an action of debt of Fifteen pounds Fifteen Shillings & six pence in
mony due by bill & due damages according to attachm$^t$ dat. x$^{br}$
13$^o$ 1675. . . . The Jury . . . founde for the plaint. Fifteen pounds
Fifteen Shillings six pence in currant mony according to bill & costs
of Court Fourteen Shillings six pence.

### WHETCOMB ag$^t$ MOULDER

James Whetcomb Attourny of Tho: Morrice plaint. ag$^t$ Nicholas
Moulder Defend$^t$ in an action of the case for the Forfiture of a bond
of three hundred pounds mony due for breach of Charterparty in
not paying the hire for one halfe of the pinke Freinds Advice Nicholas
Skimmer Master according to the s$^d$ Charterparty bearing date 30th
Novemb$^r$ 1674. w$^{th}$ all due damages according to Attachment dat.
x$^{br}$ 10th 1675. . . . The Jury . . . founde for the plaint. Forfiture
of the Charterparty three hundred pounds mony & costs of Court
twenty three Shillings & eight pence.
Execucion issued Jan$^{ry}$. 29$^o$ 1675.

### PECK ag$^t$ THWING

Tho: Peck plaint. on appeale from the Judgem$^t$ of the Worpp$^{ll}$
Simon Bradstreet Esq$^r$ ag$^t$ Benj$^n$ Thwing Defend$^t$
The plaint. was nonSuted upon non appearance